# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FLORA DENISE WILLIAMS,** : | |
| Plaintiff, : | |
| : | |
| v. : | Civ. No. 12-3552 |
| : | |
| **CAROLYN W. COLVIN,** : | |
| **Acting Commissioner of** : | |
| **Social Security,** : | |
| Defendant. : | |
| : | |

## O R D E R

**AND NOW**, this 28th day of May, 2013, upon consideration of the Plaintiff's Request for Review, and the Defendant's response thereto, and after careful review of the Report and Recommendation of United States Magistrate Linda K. Caracappa (Doc. No. 10) to which no objections have been made, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Claimant's Request for Review is **GRANTED in part** and **DENIED in part**; and

3. The matter shall be remanded so that the Administrative Law Judge can address the weight given to Dr. Parks' opinion and the evidence as it relates to Plaintiff's need for an assistive walking device.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.